IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-113-D

UNITED STATES OF AMERICA,    )
                      )
       v.            )
                      )      **ORDER**
SPENCER LAMONT BRYANT,    )
                      )
      Defendant.    )

The United States SHALL respond to defendant's pending motions [D.E. 93, 94] not later than June 15, 2026.

SO ORDERED. This 10 day of April, 2026.

JAMES C. DEVER III
United States District Judge